# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Gonzalez, et al,

Plaintiff(s),

v.

City of Chicago, IL et al,

Defendant(s).

Case No. 11-cv-05681
Judge John J. Tharp

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐  in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒  other: Judgment is entered in favor of:
(1) defendant W. Orsa and against plaintiff Marisol Gonzalez on Counts I, III, and V;
(2) defendant W. Orsa and against plaintiff Ponciano Gonzalez on Counts IV and V;
(3) defendant W. Orsa and against plaintiff Rigoberto Rodriguez on Counts I, III, and V;
(4) defendant W. Orsa and against plaintiff Maria Rodriguez on Counts II, IV, and V;
(5) defendant J.S. Pulia and against plaintiff Marisol Gonzalez on Counts I, III, and V;
(6) defendant J.S. Pulia and against plaintiff Ponciano Gonzalez on Count V;
(7) defendant J.S. Pulia and against plaintiff Rigoberto Rodriguez on Counts I, III, and V;
(8) defendant J.S. Pulia and against plaintiff Maria Rodriguez on Counts II, IV, and V;
(9) defendant David Barnes and against plaintiff Marisol Gonzalez on Counts IV and V;
(10) defendant David Barnes and against plaintiff Ponciano Gonzalez on Counts IV and V;
(11) defendant David Barnes and against plaintiff Maria Rodriguez on Counts II, IV and V;
(12) defendant Robert Caufield and against plaintiff Marisol Gonzalez on Counts IV and V;
(12) defendant Robert Caufield and against plaintiff Ponciano Gonzalez on Counts IV and V;

(13) defendant Robert Caufield and against plaintiff Maria Rodriguez on Counts II, IV, and V;
(14) plaintiff Ponciano Gonzalez and against defendant J.S. Pulia on Counts I and III, with compensatory damages as to this claim being $15,000.00, which amount shall be payable by the City of Chicago, the Court finding that defendant Pulia was acting within the scope of his employment with the City. On that basis, judgment is entered against the City on Count IX (indemnification). All other claims asserted in the amended complaint were dismissed prior to verdict. No costs shall be awarded to any party.

---

This action was *(check one)*:

☒ tried by a jury with Judge John J. Tharp presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion


Date:  8/12/2014                                         Thomas G. Bruton, Clerk of Court

                                                         Alberta Rone , Deputy Clerk